**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand twenty one,

Present:
Guido Calabresi,
Barrington D. Parker,
Steven J. Menashi,
*Circuit Judges,*

**AMENDED ORDER**
Docket No. 20-2178

---

Elvin M. Minaya-Rodriguez,

Petitioner - Appellant,

v.

Merrick B. Garland, in his official capacity as United States Attorney General, Alejandro Mayorkas, in his official capacity as Secretary, United States Department of Homeland Security, Thomas E. Feeley, in his official capacity as Field Office Director, Buffalo Field Office, United States Immigration & Customs Enforcement, Jeffrey J. Searls, in his official capacity as Acting Assistant Field Office Director and Administrator, Buffalo Federal Detention Facility,

Respondents - Appellees.

---

Appellees Merrick B. Garland, Alejandro Mayorkas, Thomas E. Feeley, and Jeffrey J. Searls move to dismiss this appeal as moot. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is dismissed as MOOT. *See Spencer v. Kemna*, 523 U.S. 1, 7, 17 (1998). The parties are hereby directed to submit letter briefs of no more than three pages, due April 15, 2021, addressing whether the district court's decision in this case should be vacated pursuant to *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950), *U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18 (1994), *Russman v. Board of Educ. of Enlarged City Sch. Dist. of City of Watervliet*, 260 F.3d 114 (2d Cir. 2001), and *Hassoun v. Searls*, 976 F.3d 121 (2d Cir. 2020).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

